IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PAUL VINCENT JOHNSON and MARY MICHELLE JOHNSON, ) ) ) ) | |
| Plaintiffs, ) | No. 3:10-1094 |
| ) | JUDGE NIXON |
| v. ) | MAGISTRATE JUDGE GRIFFIN |
| ) | |
| RONALD JOHN RENFER ) and HILL & WILLIAMS BROS., INC., ) ) | JURY DEMAND |
| Defendants. ) | |

## AGREED ORDER OF VOLUNTARY DISMISSAL AS TO UNNAMED DEFENDANT, DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY ONLY

Pursuant to FRCP 41(a)(1)(i), all parties hereby agree and stipulate to the Plaintiffs' voluntary dismissal of the Unnamed Defendant, Discover Property & Casualty Insurance Company only. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that this cause is hereby dismissed as to the Unnamed Defendant, Discover Property & Casualty Insurance Company only without prejudice to the Plaintiffs to the refiling of the same.

This case shall remain pending as to the Defendant, Ronald John Renfer, Hill & Williams Bros., Inc. and Tennessee Farmers Mutual Insurance Company.

Entered this the 4th day of February, 2011.

_____
JUDGE JOHN T. NIXON