IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAUL VINCENT JOHNSON; and )
MARY MICHELLE JOHNSON ) No. 3-10-1094
)
v. )
)
RONALD JOHN RENFER; and HILL )
& WILLIAMS BROS., INC. )

O R D E R

On June 3, 2011, the parties filed an agreed order of dismissal (Docket Entry No. 14).

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' agreed order.[1]

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered January 3, 2011 (Docket Entry No. 10), the pretrial conference and trial were scheduled on February 24, 2012, and March 6, 2012, respectively.