IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

PAUL VINCENT JOHNSON )
and MARY MICHELLE JOHNSON, )
)
Plaintiffs. )
)
v. )   DOCKET NO. 3:10-1094
)   JUDGE NIXON
)   MAGISTRATE JUDGE GRIFFIN
RONALD JOHN RENFER )
and HILL & WILLIAMS BROS., INC. )
)
Defendants. )
)

---

### AGREED ORDER OF DISMISSAL

---

By agreement of counsel for the respective parties, all things and matters in controversy by and between Plaintiffs and Defendants have been compromised and settled, and Plaintiffs' case should be, and the same hereby is, dismissed with prejudice; each party shall bear their own discretionary costs, and Defendants are released and forever discharged from any and all liability which has resulted or which in the future may result from the things and matters as alleged in the above-styled action heretofore filed as the result of an accident which occurred on or about November 3, 2009, in Wilson County, Tennessee.

IT IS SO ORDERED.

ENTERED this ___6___ day of ___June___, 2011.

_____
JUDGE